■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBIN FORINGER, Appellant. (Appeal No. 1.) [700 NYS2d 919] —Judgment unanimously affirmed. Memorandum: Defendant appeals from judgments of conviction entered upon pleas of guilty. By failing to move to withdraw the pleas or to vacate the judgments of conviction, he failed to preserve for our review his challenge to the factual allocutions (*see, People v Lopez*, 71 NY2d 662, 665; *People v Hill*, 254 AD2d 726, *lv denied* 92 NY2d 1050). Neither case "qualif[ies] for the narrow, 'rare case' exception to the preservation doctrine" (*People v Toxey*, 86 NY2d 725, 726, *rearg denied* 86 NY2d 839). The sentences are not unduly harsh or severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Contempt, 1st Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.

■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBIN FORINGER, Appellant. (Appeal No. 2.) [700 NYS2d 881] —Judgment unanimously affirmed. Same Memorandum as in *People v Foringer* (267 AD2d 1092 [decided herewith]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Sexual Conduct Against Child, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.